UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARCO MARTELLI ASSOCIATES, INC. i/s/h
MIKE MARTELLI, GC

                    Plaintiff,

    -against-

FIRST MERCURY INSURANCE CO.,

                    Defendants.
------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**

Index No.:

08 CV 03453

PLEASE TAKE NOTICE that plaintiff MARCO MARTELLI ASSOCIATES, INC. i/s/h MIKE MARTELLI, GC discloses that their corporate parents, subsidiaries and/or affiliates, securities or other interests are not publicly held.

Dated: New York, New York
       April 1, 2008

                              LONDON FISCHER LLP

                    By: _____
                              Brian A. Kalman (BAK-1392)
                              Attorneys for Plaintiff
                              MARCO MARTELLI ASSOCIATES, INC.
                              i/s/h MIKE MARTELLI, GC
                              59 Maiden Lane
                              New York, New York 10038
                              (212) 972-1000

TO:   FIRST MERCURY INSURANCE CO.
       29621 Northwestern Highway
       Southfield, Michigan 48034
       (248) 358-4010