UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| MARCO MARTELLI ASSOCIATES, INC. i/s/h MIKE MARTELLI, GC | 08 CV 03453 (VM) (RLE) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| FIRST MERCURY INSURANCE COMPANY, | |
| Defendant. | |

-----------------------------------------------------------

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant First Mercury Insurance Company

I certify that I am admitted to practice in this court.

_____5/12/08_____                   _____*Barry S. Bassis*_____
Date                                                          Signature

Barry T. Bassis                    BB3259
Print Name                        Bar Number

Tressler, Soderstrom, Maloney & Priess, LLP
22 Cortlandt Street, 17th Floor
Address

New York        NY             10007
City                State            Zip Code

212-430-4504              212-971-6263
Phone Number             Fax Number.