MAY-09-2008 15:25 From:TRESSLER SODERSTROM 212 971 5263   To:12129721030   P.2/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

MARCO MARTELLI ASSOCIATES, INC. i/s/h   08 CV 03453 (VM/RLE)
MIKE MARTELLI, GC

                Plaintiff,

  -against-

FIRST MERCURY INSURANCE COMPANY,

               Defendant.
-----------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-08
```

IT IS HEREBY STIPULATED BY AND BETWEEN THE ATTORNEYS FOR THE RESPECTIVE PARTIES HERETO THAT:

1. Defendant's time to answer or make any motion addressed to the complaint is hereby extended until June 23, 2008.

We hereby consent to the form and entry of this Order

London Fischer LLP                    Tressler Soderstrom Maloney & Priess, LLP
Attorneys for Plaintiff                Attorneys for Defendant

By: _____                   By: _____
   Brian A. Kalman                        Barry T. Bassis

                                      So Ordered 12 May 2008

                                      Hon. Victor Marrero, U.S.D.J.

MAY-09-2008 03:27PM   From:                ID: TRESSLER SODERSTROM   Page:002 R=100%